J. TRACY HORTON, trustee, &c., appellant,

*v.*

J. FRANKLIN PERRY, respondent.

[Decided February 4th, 1929.]

*Mr. S. Sidney Silver,* for the appellant.

*Messrs. Kanter & Kanter,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *103 N. J. Eq. 53.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.